|   |   |
|---|---|
| 1 | Kathryn J. Halford (CA Bar No. 068141) |
| 2 | Email: khalford@wkclegal.com<br>WOHLNER KAPLON CUTLER |
| 3 | HALFORD ROSENFELD & LEVY<br>16501 Ventura Boulevard, Suite 304 |
| 4 | Encino, California 91436<br>Telephone: (818) 501-8030 ext. 331 |
| 5 | Fax: (818) 501-5306 |
| 6 | Attorneys for Plaintiffs the Boards of Directors of<br>the Motion Picture Industry Pension Plan, et al. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division

| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>DRAGONCHILD PRODUCTIONS, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 2:16-cv-00081-RGK-AJW<br><br>The Hon. R. Gary Klausner<br><br>**RENEWAL OF JUDGMENT BY CLERK** |
|---|---|

  THE JUDGMENT DEBTOR, DRAGONCHILD PRODUCTIONS, LLC, a California limited liability company, having judgment entered against them on August 16, 2016:

  Now, upon the application of the Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan, Board of Directors of the Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $181,508.37 which is broken down as follows:

  a. Unpaid Contributions 6/2/2013 to 11/12/2013.................$88,348.66
  b. Interest through 8/15/2016..................................$33,706.77
  c. Liquidated Damages through 8/15/2016........................$33,706.77
  d. Audit Fees..................................................$9,356.25
  e. Attorney's Fees (L.R. 55-3).................................$6,902.37
  f. Litigation Costs............................................$551.61
   Subtotal (Judgment as Entered)  $172,572.43
  g. Interest after judgment computed from
   August 16, 2016 through November 12, 2025...................$8,935.94
   GRAND TOTAL:  $181,508.37

Dated: NOVEMBER 20, 2025    _____L Chai_____, Deputy Clerk
          CLERK,
          UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER
HALFORD ROSENFELD & LEVY

DATED: November 18, 2025  Kathryn J. Halford

| | |
|---|---|
| 1 | WOHLNER KAPLON CUTLER |
| 2 | HALFORD ROSENFELD & LEVY |
| 3 | BY:   */s/ Kathryn J. Halford* |
| 4 | KATHRYN J. HALFORD<br>Attorneys for Plaintiffs Board of Directors |
| 5 | of the Motion Picture Industry Pension<br>Plan; Board of Directors of the Motion |
| 6 | Picture Industry Individual Account Plan;<br>Board of Directors of the Motion Picture |
| 7 | Industry Health Plan |